**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN PATNODE,                                      CASE NO.: 8:18-cv-02190-VMC-CPT

    Plaintiff,

vs.

SYNCHRONY BANK,

    Defendant.
_____/

## STATUS REPORT

Pursuant to the Court's Order dated October 1, 2018 [Doc. No. 7], Plaintiff provides the following status report in this matter:

1. Plaintiff filed a Complaint for statutory damages and other relief against Defendant on September 4, 2018 [Doc. No. 1].

2. Plaintiff served Defendant with a summons and a copy of Plaintiff's Complaint on October 2, 2018.

3. Proof of Service of the summons and a copy of Plaintiff's Complaint on Defendant was filed on October 4, 2018 [Doc. No. 8].

Dated: October 4, 2018

                                        **BOSS LAW**

                                        */s/ Christopher W. Boss*
                                        **Christopher W. Boss, Esq.**
                                        Fla. Bar No.: 013183
                                        Service Email: cpservice@bosslegal.com
                                        9887 Fourth Street North, Suite 202
                                        St. Petersburg, Florida 33702
                                        Phone: (727) 471-0039
                                        Fax: (888) 449-8792
                                        *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 4th day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Synchrony Financial d/b/a Synchrony Bank
777 Long Ridge Rd.
Stamford, CT 06902

/s/ *Christopher W. Boss*
Christopher W. Boss, Esq.
Fla. Bar. No.: 13183