**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN PATNODE,                                      CASE NO.: 8:18-cv-02190-VMC-CPT

    Plaintiff,

vs.

SYNCHRONY BANK,

    Defendant.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order dated October 19, 2018 [Doc. No. 13], the parties provide the following joint status report in this matter:

1. The parties filed a Joint Stipulation to Arbitrate Claims and to Stay Lawsuit on October 19, 2018 [Doc. No. 12] (the "Stipulation").

2. Following the filing of the Stipulation, the parties engaged in informal discovery and settlement communications prior to initiating arbitration.

3. No arbitration has been filed to date due to the informal discovery and settlement communications.

4. If the parties are unable to resolve the matter prior to January 31, 2019, Plaintiff will proceed with submitting its claim to binding, non-judicial arbitration.

Dated: January 22, 2019

| | |
|---|---|
| */s/Christopher W. Boss* | */s/Brandon T. White* |
| Christopher W. Boss, Esq. | Brandon T. White, Esq. |
| Florida Bar No. 13183 | Florida Bar No. 106792 |
| cpservcie@bosslegal.com | bwhite@reedsmith.com |
| **BOSS LAW** | **REED SMITH LLP** |
| 9887 Fourth Street North, Suite 202 | 1001 Brickell Ave, Suite 900 |
| St. Petersburg, FL 33702 | Miami, FL 33133 |
| Telephone: (727) 471-0039 | Telephone: (786) 747-0222 |
| Fax: (888) 449-8792 | *Attorney for Synchrony Bank* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

Brandon T. White, Esq.
bwhite@reedsmith.com
**REED SMITH LLP**
1001 Brickell Ave, Suite 900
Miami, FL 33133
*Attorney for Synchrony Bank*

/s/ *Christopher W. Boss*
Christopher W. Boss, Esq.
Fla. Bar. No.: 13183